UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NATIONAL PHOTO GROUP, LLC ) Docket No: 3:13-CV-03627(JSC)
)
        Plaintiff, ) [PROPOSED] ORDER TO EXTEND
) TIME FOR PLAINTIFF TO SERVE
        vs. ) AN OPPOSITION AND FOR
) DEFENDANT TO SERVE REPLY
ALLVOICES, INC. ) PAPERS
)
        Defendant )
) DATE: November 26, 2013
)

The matter before the Court is a request by the Plaintiff, NATIONAL PHOTO GROUP, LLC, with consent from the Defendant, ALLVOICES, INC., to extend the deadline for the Plaintiff, NATIONAL PHOTO GROUP, LLC, to serve an Opposition to Defendant's Motion to Dismiss. Defendant's deadline to serve its Reply Papers would also be extended.

IT IS HEREBY ORDERED THAT

In accordance with the foregoing, it is hereby ordered that the Plaintiff shall serve its Opposition on or before December 9, 2013 and that Defendant shall serve its Reply Papers on or before December 23, 2013.

DATED: November __27__, 2013

_____
HON. JACQUELINE SCOTT CORLEY
UNITED STATES DISTRICT JUDGE

GRANTED
Judge Jacqueline Scott Corley

- 1 -
Proposed Order to Extend time for Plaintiff to serve an Opposition and for Defendant to serve Reply Papers