David S. Bloch (SBN: 184530)
dbloch@winston.com
Laura M .Franco (SBN 186765)
lfranco@winston.com
K. Joon Oh (SBN: 246142)
koh@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA  94111-5802
Telephone:      (415) 591-1000
Facsimile:       (415) 591-1400

Attorneys for Defendant
ALLVOICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL PHOTO GROUP, LLC and BWP MEDIA USA INC.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ALLVOICES, INC.<br><br>　　　　　Defendant. | Case No. CV 13-3627-JSC<br><br>**NOTICE OF PENDING SETTLEMENT and REQUEST AND [proposed] ORDER TO CONTINUE EARLY SUMMARY JUDGMENT BRIEFING AND HEARING**<br>[ECF 50] |

The parties have reached a settlement in principle, as confirmed by an exchange of emails between counsel this afternoon.

Accordingly, Allvoices respectfully asks that the current briefing schedule, under which Allvoices is to file an early dispositive motion by June 5, 2014, in advance of a hearing on July 10 (ECF No. 50), be continued by approximately one month, so that Allvoices' early dispositive motion would be due July 7 and the hearing would take place on August 14, 2014. Allvoices anticipates that the parties will complete settlement documentation well in advance of July 7.

Allvoices provided a draft joint stipulation requesting the above relief to plaintiff's counsel this afternoon, but due to time differences was unable to obtain approval in time. Therefore, Allvoices files this request only on its own behalf.

Respectfully submitted,

Dated: June 5, 2014

WINSTON & STRAWN LLP

By: _____
David S. Bloch
Laura M. Franco
K. Joon Oh
Attorneys for Defendant
ALLVOICES, INC.

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

**[proposed] ORDER**

Good cause appearing therefor, Allvoices' early dispositive motion deadline is hereby continued to July 7, 2014, and the hearing on said motion is continued to August 14, 2014.

**IT IS SO ORDERED.**

Date: June 6, 2014

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE

GRANTED
Jacqueline S. Corley
Judge Jacqueline Scott Corley

2
NOTICE OF PENDING SETTLEMENT & REQUEST AND [proposed] ORDER CONTINUING EARLY SJ
CASE NO. CV 13-3627-JSC

SF:374766.3

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802